U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JAN 22 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN WILTZ | CIVIL ACTION 13-2644 |
| VERSUS | JUDGE HAIK |
| SHERIFF MIKE NEUSTROM, ET AL | MAGISTRATE JUDGE HANNA |

---

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The plaintiff's civil rights complaint is hereby **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE** and **SIGNED** on this the 21st day of January, 2014.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT